# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:    **C.R. BARD, INC.,**
          **PELVIC REPAIR SYSTEM**
          **PRODUCTS LIABILITY LITIGATION**          **MDL 2187**

-----------------------------------------------

LEANNE EDWARDS HADLEY,

          Plaintiff,

v.                                         CIVIL ACTION NO. 2:12-cv-04845

C. R. BARD, INC., et al.

          Defendants.

## MEMORANDUM OPINION AND ORDER

On September 12, 2018, plaintiff's counsel filed a Suggestion of Death noting the death of plaintiff Leanne Edwards Hadley during the pendency of this action [ECF No. 24]. Pretrial Order ("PTO") # 289 filed in *In re: C. R. Bard, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:10-md-2187 ("Bard 2187") [ECF No. 6195] outlines the procedures the court requires to either substitute a deceased party pursuant to Federal Rule of Civil Procedure 25(a), or to dismiss the deceased party from the civil action because of a failure to properly serve and substitute the deceased party.

The court **FINDS** that the Suggestion of Death did not comply with Rule 25(a) as it was never properly served upon parties, non-parties or a personal representative of the estate. Regardless, the time period as set forth in PTO # 289 to substitute a party has since passed. Therefore, the court **ORDERS** that this case is **DISMISSED** without prejudice and **STRICKEN** from the docket of this court. Any pending motions are **DENIED as moot**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 16, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE